Dale Cendali (SBN 1969070)
dale.cendali@kirkland.com
Mary Mazzello (admitted *pro hac vice*)
mary.mazzello@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Yan-Xin Li (SBN 332329)
yanxin.li@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
T: (415) 439-1400
F: (415) 439-1500

Attorneys for Defendant
*Apple Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CHARLES BERTINI,<br><br>              Plaintiff,<br><br>       v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No. 24-cv-03437-YGR<br><br>**DECLARATION OF MARY M. MAZZELLO IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFF BERTINI'S MOTION TO AMEND SECOND AMENDED COMPLAINT**<br><br>Amended Complaint Filed Date:  January 28, 2025<br><br>Hearing Date: December 23, 2025<br>Hearing Time: 2:00 p.m.<br>Judge:         Hon. Yvonne Gonzalez Rogers<br>Courtroom:    1 – 4th Floor |

I, Mary M. Mazzello, declare as follows:

1.    I am an attorney licensed to practice law in the state of New York. I am a partner with Kirkland & Ellis LLP and counsel for Defendant Apple Inc.

2.    I make this Declaration in support of Apple's Opposition to Plaintiff Bertini's Motion to Amend Second Amended Complaint, filed contemporaneously herewith. I have knowledge of the facts set forth herein and if called to testify as a witness, could do so competently under oath.

3.    Attached as **Exhibit 1** is a true and correct copy of a printout of the docket from Cancellation Proceeding No. 92068213 before the Trademark Trial and Appeal Board ("TTAB") in the United States Patent and Trademark Office ("USPTO"), which is the subject of Bertini's appeal in this case.

4.    Attached as **Exhibit 2** is a true and correct copy of the decision of the TTAB found at *Bertini v. Apple Inc.*, Cancellation No. 92068213, 18 TTABVUE 3 (T.T.A.B. April 11, 2019).

5.    Attached as **Exhibit 3** is a true and correct copy of the Combined Declaration of Use and Incontestability under Sections 8 & 15 and specimen filed on January 17, 2018 in connection with the APPLE Registration No. 4088195.

6.    Attached as **Exhibit 4** is a true and correct copy of excerpts from Thomas La Perle's Response to Plaintiff's Written Deposition Questions, dated November 10, 2025.

7.    Attached as **Exhibit 5** is a true and correct copy of excerpts of Karen Kitterman's Response to Plaintiff's Notice of Written Deposition, dated October 15, 2025.

8.    Attached as **Exhibit 6** is a true and correct copy of a printout of the webpage https://www.uspto.gov/trademarks/ laws/mandatory-electronic-filing, access November 25, 2025.

9.    Attached as **Exhibit 7** is a true and correct copy of a printout of the webpage https://www.geocerts.com/blog/ev-ssl-trust-indicators-in-popular-browsers, accessed November 25, 2025.

10.    Attached as **Exhibit 8** is a true and correct copy of the webpage www.apple.com/education/apple-professional-learning/ dated December 22, 2017 and produced with Bates range: APL-BERTINI_00007517–521.

11.    Attached as **Exhibit 9** is a true and correct copy of a printout of the webpage https://help.archive.org/help/using-the-wayback-machine/, accessed November 17, 2025.

12.    Attached as **Exhibit 10** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20180101000000*/https://www.apple.com/education/apple-professional-learning/, accessed November 17, 2025.

13.    Attached as **Exhibit 11** is a true and correct copy of the Post Publication Amendment of Application and Conditional Stipulation of Dismissal without Prejudice dated August 19, 2008 and filed on September 5, 2008 in connection with TTAB Opposition Proceeding No. 91185195 related to the application by Ernest Owens to register the APPLEJAXX mark.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th of November 2025.        */s/ Mary M. Mazzello*
                                             Mary M. Mazzello