# EXHIBIT 7

geocerts

🇺🇸 US Dollars ▾    👤 Create Account    ➡ Login    🔍

📞Tel: 800-892-7095    💬 Live Chat

Shop SSL ▾    PKI Solutions ▾    Code Signing    Support Desk    SSL Tools    Contact Us

## GeoCerts Blog

Blog / EV SSL Trust Indicators in Popular Browsers

## EV SSL Trust Indicators in Popular Browsers

🕐 Apr 5, 2018 👤 Tim Callan 📁 Browsers

When we talk about Extended Validation (EV) SSL certificates, we often discuss the "green bar" that appears in popular browsers. But how many of us can really envision the green bar and the difference in user experience between it and an OV or DV SSL certificate? Fortunately your GeoCerts team is here, and we have done that research for you.

First of all, know that there are some common factors across all the browsers we investigated. All of them include a green trust indicator for EV certificates up next to the domain name, and all of them include an increase in the size of the green trust indicator when EV is present versus when it is not. All browsers also display the company name in the address bar when EV is in use and do not when it is not. These are experiences you can rely on for all site visitors regardless of the desktop browser in use.

 Internet Explorer

Now to specifics. Let's kick off with the browser where it all started: Internet Explorer. IE turns the entire URL space green and displays the name of the company and the CA in alternating text.



IE also reveals more information about the company's identity and the CA when the user mouses over and clicks on the bar.



This implementation contains the green trust signal, the name and details of the certificate holder, and the name of the CA. The CA name gives the site the additional opportunity to benefit from the added trust granted to a brand trust leader (such as Symantec) as opposed to a no-name SSL provider.

 Microsoft Edge

Edge is Microsoft's follow-on to Internet Explorer. Edge displays the company name in the address bar and adds company details and the CA name upon mouse-over or click.



### Search...  🔍

⭐ Featured    📁 Categories    🏷 Tags

#### Featured Posts

Understanding Domain Scope and Validation
Oct 22, 2024

What is TLS and what version should I use?
Jan 10, 2023

How do I download a PFX file?
Jun 2, 2019

Google Chrome 68 is here. Is your site using HTTPS?
Jul 25, 2018

Welcome to the New GeoCerts.com Site
Apr 9, 2018







**Website identification**

DigiCert
has identified this site as
GeoCerts Inc
Atlanta, Georgia
US

Your connection to the server is encrypted.

Should I trust this site?

**Website permissions**

You haven't set any permissions for this site yet.

Allow Adobe Flash



Chrome has a simpler implementation, displaying just company name in green adjacent to the URL.





Firefox displays the company name in the address bar and adds company details and the registering CA in a drop down upon clicking.



**Site Security**

GeoCerts Inc
Secure Connection

You are securely connected to this site, owned by:

**GeoCerts Inc**
Atlanta
Georgia, US

Verified by: DigiCert Inc

More Information





Safari displays the company name in the address bar.



## Shop SSL/TLS Certificates

VMC & CMC Mark Certificates

Trust Lifecycle Manager (TLM)

Software Trust Manager (STM)

Basic DV SSL

Standard OV SSL

Wildcard SSL

Multi-Domain SAN SSL

Extended Validation (EV) SSL

Code Signing Certificates

## Shop by Brand

GeoTrust SSL

Sectigo (formerly Comodo) SSL

DigiCert SSL

DigiCert Secure Site SSL

PositiveSSL

## Resources

Contact Us

Support Desk

SSL Tools

Renew SSL

Refund & Cancellation Policy

Resellers

Blog

Privacy Policy

Cookie Policy

Chat

© 2025 GeoCerts SSL. All R