# EXHIBIT 8



APL-BERTINI_00007517

# Learning that leads to a-ha moments.

When Apple technology is deeply integrated into learning, students can find new ways to work together, to communicate and create, and to develop personalized paths for understanding and applying their knowledge to the world around them.

Apple Professional Learning resources are designed to support and enhance your instructional practice. And by learning how to make the most of iPad, Mac and a wide variety of apps and materials, you can design and deliver lessons that create more a-ha moments for every student.



# Teaching that gets to innovation.

We've developed learning materials and content to support teachers at every point in their journey with technology. Get started with the Apple Teacher program, where you can learn the fundamentals of iPad and Mac, and how to integrate built-in apps to daily activities. To support new literacies and provide more ways to develop students' critical-thinking and problem-solving skills, you can bring coding into your curriculum with Swift Playgrounds. And as you continue to

APL-BERTINI_00007518

explore deeper learning opportunities, our Apple Professional Learning Specialists will work with you side-by-side to innovate your learning and teaching practices.

## Apple foundations.

Apple Teacher is a free, online program that will help build the foundational skills you need to unlock the magic of iPad and Mac. Apple Teacher offers self-paced learning resources with step-by-step instructions to help you build skills using Apple products effectively for learning. Then test your new knowledge with interactive quizzes to earn the official Apple Teacher logo.

Become an Apple Teacher ›



## Everyday integration.

Apple Teacher also provides creativity and productivity workflows and content to spark new ideas for integrating Apple products and apps into the work you and your students do every day.

And, you can go further by discovering how to integrate coding into lessons across almost any subject. With the teaching and learning materials from the Everyone Can Code curriculum, everyone has the power to learn, write, and teach code. These resources will help you introduce a new literacy, map the curriculum to standards, and deliver lessons with ease.

APL-BERTINI_00007519

Case 5:24-cv-03437-VKD    Document 93-9    Filed 11/26/25    Page 5 of 6

Learn more about teaching coding ›

# Learning Innovation.

Apple Professional Learning Specialists are lifelong educators uniquely qualified to demonstrate how to best use Apple products for learning and teaching. They coach, mentor and support teachers in advancing their technology skills with an emphasis on innovation — to engage students in deeper learning.

**APL Specialists provide:**

- Leadership visioning and planning support
- Professional learning plans to match learning goals
- Research-based strategies for learning with technology
- Hands-on instructional coaching and mentoring

**Coaching sessions include:**

- Learning about technology and content resources
- Co-creating exploratory learning experiences
- Modeling in-class lessons
- Collaborative reflection and recommendation

**Bring an APL Specialist to your school.**

Contact your Apple Account Executive at 1-800-800-2775 or email apls@apple.com.

# Additional learning opportunities.

## Apple Store Sessions

Our in-store sessions provide product setup support and hands-on experiences with iPad, Mac, and Apple apps. You can also request an Apple Field Trip with customized learning content, or attend Teacher Tuesdays at select stores.

Find sessions for educators ›

## Apple Distinguished Educators (ADEs)

ADEs share their expertise in integrating Apple products into learning. They regularly publish Multi-Touch books and iTunes U courses and speak at education events globally. You can connect with ADEs on Twitter chats every Tuesday

## Apple Professional Learning Providers

These vetted organizations help educators build skills in face-to-face learning experiences. APL Providers train educators on Apple products, as well as integrating coding and App Development at the high school level.

Explore EdTechTeam's Apple Teacher

APL-BERTINI_00007520

Case 5:24-cv-03437-VKD    Document 93-9    Filed 11/26/25    Page 6 of 6

evening throughout the school year.

Connect with ADEs ›

Conferences ↗

Learn about MobileMakersEdu Coding Workshops ↗



 > Education > Apple Professional Learning

**Shop and Learn**
Mac
iPad
iPhone
Watch
TV
Music
iTunes
HomePod
iPod touch
Accessories
Gift Cards

**Apple Store**
Find a Store
Genius Bar
Today at Apple
Apple Camp
Field Trip
Apple Store App
Refurbished and Clearance
Financing
Reuse and Recycling
Order Status
Shopping Help

**For Education**
Apple and Education
Shop for College

**For Business**
Apple and Business
Shop for Business

**Account**
Manage Your Apple ID
Apple Store Account
iCloud.com

**Apple Values**
Accessibility
Education
Environment
Inclusion and Diversity
Privacy
Supplier Responsibility

**About Apple**
Newsroom
Apple Leadership
Job Opportunities
Investors
Events
Contact Apple

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2017 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map    🇺🇸 United States

APL-BERTINI_00007521